UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANDERSON SILVA and GRACE JONES, as individuals, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs - Appellants,

v.

HALEON US, INC. and HALEON US HOLDINGS, LLC,

Defendants - Appellees.

No. 24-7620

D.C. No.
3:24-cv-04059-TLT
Northern District of California,
San Francisco

ORDER

The parties are ordered to submit supplemental briefs addressing the impact, if any, of *Monsanto Co. v. Durnell*, No. 24-1068 (U.S. June 25, 2026). The supplemental briefs may not exceed ten pages or 2,800 words and shall be submitted no later than July 8, 2026.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT